**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7938**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

JOSE BRETON-PICHARDO, a/k/a Rolando Berberena,

                Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.    Samuel G. Wilson,
District Judge.  (5:03-cr-70006-sgw-9)

Submitted:  December 16, 2008        Decided:  December 29, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jose Breton-Pichardo, Appellant Pro Se.  Jeb Thomas Terrien,
Assistant United States Attorney, Harrisonburg, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Breton-Pichardo appeals the district court's order denying his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Breton-Pichardo</u>, No. 5:03-cr-70006-sgw-9 (W.D. Va. Aug. 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>